**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOSE MANUEL LEMA,**

 Petitioner,

vs.             **No. 08-CV-915 MCA/ACT**

**UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and MICHAEL
MUKASEY, as Attorney General,**

 Defendants.

**ORDER**

 **THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge entered December 19, 2008. [Doc. No. 13]. Petitioner filed objections on February 2, 2009 [Doc. No. 18].[1]  The Court finds that Petitioner's objections are without merit.

 **IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

 **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Petitioner's Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241 for Lack of Jurisdiction [Doc. 8] be granted, Petitioner's Cross Motion for Order Directing Setting of Bail [Doc. 10] be denied, and Petitioner's Petition for Writ of Habeas Corpus by Person in Federal Custody [Doc. 1] be

---

[1] Petitioner's objections are untimely.  The objections were not filed within ten (10) days after service of the Proposed Findings and Recommended Disposition [Doc. 13] or within ten (10) days of entry of the Ordered entered January 9, 2009 [Doc. 17].

dismissed with prejudice.

_____7/27/09
**M. CHRISTINA ARMIJO**
**UNITED STATES DISTRICT JUDGE**